

**"UNDER SEAL"**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

FEB 22 2012

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:12cr73-RJC |
| ) | |
| v. ) | **MOTION TO SEAL INDICTMENT** |
| ) | |
| JERMAINE IVORY MCCLURE ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and moves this Court for an Order sealing the Indictment, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto, because the investigation of Jermaine Ivory McClure is ongoing, and failure to seal the above-referenced documents could impede the investigation. The same shall remain sealed until further Order of this Court.

This 22 day of February, 2012.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*/s/ Ann Claire Phillips*
ANN CLAIRE PHILLIPS
ASSISTANT UNITED STATES ATTORNEY